1
2
3
4                UNITED STATES DISTRICT COURT
5               NORTHERN DISTRICT OF CALIFORNIA
6

| | |
|---|---|
| 7  STEVEN ANDREW PALLAS, | Case No. 19-cv-01171-JCS |
| 8         Plaintiff, | *Also Filed in Case No. 18-cv-7726-LB* |
| 9     v. | **SUA SPONTE REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |
| 10  PAUL ACCORNERO, et al., | |
| 11         Defendants. | |

12        Defendants filed a "Notice of Related Case" (dkt. 8) asserting that the complaint filed in

13 this case is identical to the complaint that Plaintiff Steven Andrew Pallas filed and voluntarily

14 dismissed in an earlier case, *Pallas v. Accornero*, No. 18-cv-7726-LB (N.D. Cal.). This case is

15 therefore referred to Judge Beeler pursuant to Civil Local Rule 3-12(c) to determine whether it is

16 related to the earlier-filed case. Any party may file a response no later than April 22, 2019. *See*

17 Civ. L.R. 3-12(c), 3-12(e), 7-11(b).

18        Although the Court excuses both parties' noncompliance in this instance, the parties are

19 advised that when a party believes cases are or may be related, this Court's local rules require the

20 party to file an administrative motion in the lowest-numbered case. Civ. L.R. 3-12(b).

21        **IT IS SO ORDERED.**

22 Dated: April 17, 2019.

23        _____

24        JOSEPH C. SPERO
         Chief Magistrate Judge

25
26
27
28